**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NOV 14 2013

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:13cr293-MEF |
| | ) | [18 U.S.C. § 1542] |
| RICHARD HENRI VISSERS | ) | |
| | ) | |
| | ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about June 23, 2006, in Coffee County, within the Middle District of Alabama, the defendant,

RICHARD HENRI VISSERS,

did willfully and knowingly make a false statement in an application for a United States passport, with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant falsely stated and represented that his name was "A.M.", that his date of birth was 07/**/1953, and that his social security number was XXX-XX-XXXX, which statements the defendant then and there knew to be false, in violation of Title 18, United States Code, Section 1542.

## FORFEITURE ALLEGATION

A. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(6)(a)(ii)(I) and (II).

B. Upon conviction of the offense in violation of Title 18, United States Code, Section 1542 set forth in Count 1 of this Indictment, the defendant,

RICHARD HENRI VISSERS,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6)(a)(ii)(I) and (II), any and all property constituting or derived from proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

C. If any of the property described above, as a result of any act or omission of the defendant:

    (1). cannot be located upon the exercise of due diligence;

    (2). has been transferred or sold to, or deposited with, a third party;

    (3). has been placed beyond the jurisdiction of the court;

    (4). has been substantially diminished in value; or

    (5). has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(6)(a)(ii)(I) and (II) and Title 28, United States Code, Section 2461(c).

*A TRUE BILL:*

_____
FOREPERSON

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Tommie Brown Hardwick
Assistant United States Attorney

_____
Curtis Ivy, Jr.
Assistant United States Attorney